

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00366-CV

In the **INTEREST OF I.R.H. and Z.T.H.**, Minor Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-02883
Honorable David Berchelmann Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and REMAND the case to the trial court for further proceedings in accordance with this court's opinion.

It is ORDERED that appellant Mi Song Hajali recover her costs of this appeal from appellee Mohamed Hajali.

SIGNED May 1, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice